UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EEOC,
FILOMENA RUELAS

CASE NO. CV 09-4646 PVT

Plaintiff(s),

v.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

HILLTOWN PACKING CO., INC.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
~~Non-binding Arbitration (ADR L.R. 4)~~
~~Early Neutral Evaluation (ENE) (ADR L.R. 5)~~
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
 the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

 XX other requested deadline __Within 90 days following the depositions of
 of plaintiff Filomena Ruelas and alleged harasser Gustavo Mora__

Dated 1/5/10

Attorney for Plaintiff EEOC

Dated: 1/5/10

Attorney for Defendant

Dated 01/04/10

Attorney for Plaintiff Ruelas
Michael Marsh

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[~~PROPOSED~~] **ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

    Deadline for ADR session
- 90 days from the date of this order.
- ✓ other: Within 90 days following the depositions of plaintiff Filomena Ruelas and alleged harasser Gustavo Mora. But no later than 6/30/10.

IT IS SO ORDERED.

Dated: 1/6/10

*/s/ Patricia V. Trumbull*
UNITED STATES MAGISTRATE JUDGE